IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANGELA SCHUNCEY RICHARDSON                                                                    PLAINTIFF
ADC # 712575

v.                                          3:23CV00119-KGB-JTK

GARDNER, et al.                                                                              DEFENDANTS

**ORDER**

Having reviewed Angela Schuncey Richardson's ("Plaintiff") Complaint for screening purposes only,[1] the Court finds that service of Plaintiff's claims is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants John Hughes, Jamie Campbell, Jeannie Long, and Carl Whitlaw   The United States Marshal is hereby directed to serve a copy of Plaintiff's Complaint (Doc. No. 2), Summons, and a copy of this Order on each of these Defendants without prepayment of fees and costs or security therefore.   Service on Defendants Hughes and Campbell should be attempted through Michelle Banks Odom, Humphries & Odum, P.O. Box 25301, Little Rock, AR 72221.   Service on Defendants Long and Whitlaw should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

Dated this 22nd day of June, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.   28 U.S.C. Sect. 1915A(a).