# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ANGELA SCHUNCEY RICHARDSON                                                                    PLAINTIFF
ADC # 712575

v.                                      3:23CV00119-KGB-JTK

GARDNER, et al.                                                                              DEFENDANTS

## ORDER

Angela Schuncey Richardson ("Plaintiff") has filed a Motion for Status and Discovery. (Doc. No. 7). The Motion (Doc. No. 7) is GRANTED in part and DENIED in part, as explained below.

Plaintiff's request that the Court explain the status of her case is granted. Plaintiff points out that she has received documents in this case reflecting two case numbers. The different numbers were the result of this case first being filed in the Central Division of the Eastern District of Arkansas. When the case was transferred for internal housekeeping purposes to the Northern Division of the Eastern District of Arkansas, the case was assigned a new number.

Plaintiff pointed out that Summonses had not been issued for Defendants Gardner and Horan. The Court directed Plaintiff to provide additional information for Defendant Gardner for service. (Doc. No. 6). Plaintiff has not done so to date. And Plaintiff did not name Mr. Horan as a Defendant. (Doc. No. 2).

Plaintiff also asked the Court to "order prison officials to release . . . Plaintiff's medical records, witness statements . . . [a]nd any other documents involved in this case for her discovery." (Doc. No. 7). Plaintiff's request is denied. She may seek these materials in discovery requests, as explained in the Court's Initial Order for Pro Se Prisoners. (Doc. No. 4 at 2).

IT IS SO ORDERED this 6th day of July, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE