IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANGELA SCHUNCEY RICHARDSON                                                                                   PLAINTIFF
ADC # 712575

v.                                                    3:23CV00119-KGB-JTK

GARDNER, et al.                                                                                                      DEFENDANTS

## ORDER

Having reviewed Angela Schuncey Richardson's ("Plaintiff") Complaint for screening purposes only,[1] the Court finds that service of Plaintiff's claims is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendant Charlotte Gardner.  The United States Marshal is hereby directed to serve a copy of Plaintiff's Complaint (Doc. No. 2), Summons, and a copy of this Order on Defendant Gardner without prepayment of fees and costs or security therefore.  Service on Defendant Gardner should be attempted through Michelle Banks Odom, Humphries & Odum, P.O. Box 25301, Little Rock, AR 72221.

Dated this 13th day of July, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.   28 U.S.C. Sect. 1915A(a).