IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANGELA SCHUNCEY RICHARDSON                                                                PLAINTIFF
ADC # 712575

v.                                       3:23CV00119-KGB-JTK

GARDNER, et al.                                                                          DEFENDANTS

## ORDER

On June 22, 2023, the Court directed service of Plaintiff's claims on Defendant Carl Whitlaw, among others. (Doc. No. 5). Summons for Defendant Whitlaw was returned unexecuted on July 19, 2023 with the notation "no longer employed at ADC." (Doc. No. 13). The Court was provided a last known address for Defendant Whitlaw; the address will be maintained under seal. (Id.). Accordingly, the Court once more will attempt service on Defendant Griffin.

The Clerk of the Court is directed to prepare Summons for Defendant Carl Whitlaw. The United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order Defendant Whitlaw without prepayment of fees and costs or security therefore. Service for Defendant Whitlaw should be attempted at the address maintained under seal. (Doc. No. 13).

Dated this 21st day of July, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE