IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA SCHUNCEY RICHARDSON                                                      PLAINTIFF
ADC # 712575

v.                                   3:23CV00119-KGB-JTK

GARDNER, et al.                                                                 DEFENDANTS

## ORDER

Defendants Gardner, Hughes, Campbell, Long, and Whitelaw, through counsel, have answered Plaintiff's Complaint and provided their full and correct names. (Doc. Nos. 18, 23, 25). The Clerk of the Court is directed to change the style of the case to reflect the full and correct names of Defendants.

IT IS SO ORDERED this 30th day of August, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE