IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA SCHUNCEY RICHARDSON                                                      PLAINTIFF
ADC # 712575

v.                                              3:23CV00119-KGB-JTK

CHARLOTTE GARDNER, et al.                                                      DEFENDANTS

**ORDER**

Defendants Jeannie Long and Carl Whitelaw (collectively, the "ADC Defendants") have a file a Motion for Leave to File Substituted Motion for Summary Judgment and Statement of Undisputed Facts. (Doc. No. 70). The ADC Defendants filed a Motion for Summary Judgment on the merits of Plaintiff's claims, Brief in Support, and Statement of Facts on the night of June 3 into June 4, 2024. (Doc. No. 67-69). Because of technical difficulties, defense counsel was not able to convert certain attachments to the required format and, as a result, was unable to file the attachments. (Doc. No. 70). The ADC Defendants now ask to substitute the correct Motion, exhibits, and Statement of Facts in place of what they already filed. For good cause shown, the ADC Defendants' Motion (Doc. No. 70) is GRANTED. Accordingly, the Clerk of the Court is directed to substitute docket entry numbers 70-1 through 70-8 for what is currently filed at docket entry number 67. The Clerk of the Court is further directed to substitute docket entry number 70-9 for what is currently filed at docket entry number 69.

IT IS SO ORDERED this 5th day of June, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE