IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA SCHUNCEY RICHARDSON                                              PLAINTIFF
ADC # 712575

v.                                3:23CV00119-KGB-JTK

CHARLOTTE GARDNER, et al.                                               DEFENDANTS

**ORDER**

Angela Schuncey Richardson ("Plaintiff") has filed a Motion for Order (Doc. No. 77) and a Motion for Extension of Time (Doc. No. 80).  For the reasons set out below, Plaintiff's Motion for Order (Doc. No. 77) is DENIED.  Plaintiff's Motion for Extension of Time (Doc. No. 80) is GRANTED.

**I.      Motion for Order**

The Court directed the ADC Defendants to file a copy of the "pill crushing" policy, if such a policy could be identified.  (Doc. No. 64).  The ADC Defendants did not file any policy.  The Court will take into consideration that no policy was filed.  This issue is resolved for the time being.  Plaintiff alleges the Medical Defendants altered certain medical documents.  The Court notes Plaintiff's concerns and will take into consideration all documents in their various forms when considering the pending Motions for Summary Judgment.  Plaintiff also asks for camera footage of 6 barracks on 01-11-2021 to 01-12-2021 to establish there was a "Quarantine Sign" on the door due to inmates in that area having tested positive for Covid-19.  (Doc. No. 77 at 10).  The camera footage is not determinative of Plaintiff's claims here.  Further, the Court notes that discovery in this case closed on February 28, 2024.  (Doc. No. 26).  As such, Plaintiff's Motion for Order (Doc. No. 77) is denied.

## II. Motion to Extend Time

Plaintiff's Motion for Extension of Time (Doc. No. 80) is granted. Plaintiff must file her Response to the ADC Defendants' Motion for Summary Judgment (Doc. No. 67) by July 30, 2024.

IT IS SO ORDERED this 11th day of July, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE