**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

| | |
|---|---|
| ANGELA SCHUNCEY RICHARDSON<br>ADC # 712575 | PLAINTIFF |
| v.    3:23CV00119-KGB-JTK | |
| CHARLOTTE GARDNER, et al. | DEFENDANTS |

**ORDER**

On January 16, 2025, Defendants Charlotte Gardner, Joe Hughes, and Jamie Campbell (the "Medical Defendants") filed a Suggestion of Bankruptcy and Notice of Stay of these proceedings due to the bankruptcy filing by Wellpath Holdings, Inc., and related entities (Doc. No. 88). *See In re Wellpath Holdings, Inc.*, *et al.*, Case No. 24-90533 (Bankr. S.D. Tex) (the "Wellpath Bankruptcy").

The Bankruptcy Court's amended order enforcing the automatic stay on an interim basis extends the automatic stay to certain non-debtors, including Defendants Gardner, Hughes, and Campbell. (Doc. No. 88-2). And the Court has discretion to stay to Plaintiff Angela Schuncey Richardson's related claims against Defendants Jeannie Long and Carl Whitelaw. *Sierra Club v. U.S. Army Corps of Eng'rs*, 446 F.3d 808, 816 (8th Cir. 2006). Accordingly, this action is STAYED in its entirety until further order.

The Medical Defendants must file a status report within 60 days of the date of this Order, and every 60 days thereafter, to advise the Court of the status of the bankruptcy proceedings.

If Plaintiff or a non-debtor defendant wishes to file a motion for relief from stay pursuant to 11 U.S.C. § 362, the motion must be filed with the Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002 in the bankruptcy case (*In re Wellpath Holdings, Inc.*, *et al.*, Case No. 24-90533).

IT IS SO ORDERED this 27th day of January, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE