# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ANGELA SCHUNCEY RICHARDSON                                                    PLAINTIFF
ADC # 712575

v.                                    3:23CV00119-KGB-JTK

CHARLOTTE GARDNER, et al.                                                    DEFENDANTS

## ORDER

      Consistent with the status report filed by Defendants Campbell, Gardner, and Hughes (Doc. Nos. 91, 91-1) and the Order confirming the Chapter 11 Plan of Reorganization in In re Wellpath Holdings, Inc., et al., Case No. 24-90533 (Bankr. S.D. Tex), the stay of this case (Doc. No. 89) is lifted.

      IT IS SO ORDERED this 22nd day of May, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE