IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA SCHUNCEY RICHARDSON                                                         PLAINTIFF
ADC # 712575

v.                                          3:23CV00119-KGB-JTK

CHARLOTTE GARDNER, et al.                                                         DEFENDANTS

### ORDER

On September 25, 2025, Chief United States District Judge Kristine G. Baker denied summary judgment in Defendant Charlotte Gardner's favor on Plaintiff's claim that Defendant Gardner unlawfully confiscated Plaintiff's medical shoes on November 4, 2022. (Doc. No. 93). That claim remains pending. The parties, however, have not consented to proceed before a United States Magistrate Judge. The discovery and dispositive motions deadlines have passed, and Plaintiff is represented by counsel (Doc. No. 94). This case is now ready to be set for trial[1] before United States District Judge Kristine G. Baker.

IT IS SO ORDERED this 14th day of November, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is not aware of a jury demand by either Plaintiff or Defendant Gardner. (Doc. No. 2; Doc. No. 23).