IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANGELA SCHUNCEY RICHARDSON                                    PLAINTIFF
ADC #712575

v.                              Case No. 3:23-cv-00119-KGB

CHARLOTTE GARDNER                                            DEFENDANT

## ORDER

Before the Court is plaintiff Angela Schuncey Richardson's motion for continue deadlines (Dkt. No. 104).  On January 30, 2026, the Court entered its Final Scheduling Order (Dkt. No. 96).  On June 3, 2026, the Court granted Richardson and defendant Charlotte Gardner's request for a joint settlement conference (Dkt. No. 101).  Richardson and Gardner's settlement conference is scheduled for June 24, 2026, before United States Magistrate Judge Jerome T. Kearney (Dkt. No. 103).

Richardson now requests a continuance of the unexpired deadlines in this case until after the settlement conference occurs (Dkt. No. 104, ¶ 5).  Richardson represents that Gardner does not object to a continuance of these deadlines (*Id.*, ¶ 6).  For good cause shown, the Court grants Richardson's motion (*Id.*).

The deadline for the parties to file motions *in limine* is extended to, and including, June 30, 2026.  The deadline for responses to motions *in limine* is extended to, and including, July 7, 2026.

The deadline for the parties to file pretrial disclosure sheets is extended to, and including, June 30, 2026.  The deadline for objections to opposing parties' pretrial disclosure sheets is extended to, and including, July 7, 2026.

The deadline for filing trial briefs is extended to, and including, June 30, 2026, and the deadline for responding trial briefs is extended to, and including, July 7, 2026.

The deadline for designating pertinent portions of a deposition to be used as evidence at trial is extended to, and including, June 26, 2026. The deadline for counter-designations is extended to, and including, July 3, 2026. The deadline for objections to any depositions or videotapes is extended to, and including, July 6, 2026, and the deadline for a response is extended to, and including, July 9, 2026.

The deadline for the parties to submit an agreed set of instructions and a concise statement of the case is extended to, and including, July 8, 2026.

The deadline for stipulations in writing to facts not in controversy is extended to, and including, July 8, 2026.

It is so ordered this 16th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge