## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

ANGELA SCHUNCEY RICHARDSON                                    PLAINTIFF
ADC #712575

v.                            Case No. 3:23-cv-00119-KGB

CHARLOTTE GARDNER                                            DEFENDANT

## ORDER

Before the Court is the status of this case.  On January 30, 2026, the Court entered a Final Scheduling Order which placed this case on the trial calendar for the week of July 13, 2026 (Dkt. No. 96).  On June 24, 2026, a settlement conference was held before United States Magistrate Judge Jerome T. Kearney (Dkt. No. 107).  At that settlement conference, the parties reached a settlement, and the terms of the agreement were read into the record (*Id.*).  The parties agreed that they will submit a joint motion to dismiss within 30 days of the settlement conference (*Id.*).

Based on the foregoing, the Court removes this case from the July 13, 2026, trial calendar and orders the parties to file, within 30 days of the settlement conference, a joint motion to dismiss or status update informing the Court of the status of this case.

It is so ordered this 10th day of July, 2026.

_____
Kristine G. Baker
Chief United States District Judge