**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ANGELA SCHUNCEY RICHARDSON**                                    **PLAINTIFF**
**ADC #712575**

**v.**                              **Case No. 3:23-cv-00119-KGB**

**CHARLOTTE GARDNER**                                            **DEFENDANT**

## ORDER

Before the Court is the parties' stipulation (Dkt. No. 109).  The stipulation accords with

the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  For good cause shown, the Court

adopts the stipulation.  The Court dismisses with prejudice the action, with each party to bear its

own attorney's fees and costs.  As stated in the stipulation, the Court shall retain jurisdiction over

this action for an additional 30 days for settlement to be finalized.

It is so ordered this 20th day of July, 2026.

_____
Kristine G. Baker
Chief United States District Judge